**BRUCE D. GORDON LLC**
Attorneys for Columbia Bank
2050 Center Avenue, Suite 560
Fort Lee, New Jersey 07024
(201) 585-2600
Bruce D. Gordon
bgordon@bgordonlaw.com

**Order Filed on April 8, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

**Francine Jomo,**

    Debtor.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

CHAPTER 13

CASE NO. 16-18095-MBK

**CONSENT ORDER RESOLVING MOTION OF COLUMBIA BANK FOR RELIEF FROM THE AUTOMATIC STAY**

The relief set forth on the following pages numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: April 8, 2017**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor: Francine Jomo
Case No: 16-18095-MBK
Caption of Order: CONSENT ORDER RESOLVING MOTION OF COLUMBIA BANK FOR RELIEF FROM THE AUTOMATIC STAY
_____

Upon motion of Columbia Bank ("**Columbia**") under Bankruptcy Code §362(d) for relief from the automatic stay as to the property located at 595 Tennent Road, Manalapan, NJ 07726 (the "**Property**"), and upon the undersigned consent of counsel for the above-captioned Debtor (the "**Debtor**") and Columbia, and for good cause appearing therefore, it is hereby

**ORDERED** as follows:

1. The Debtor owes Columbia the arrears as follows (the "**Post-petition Arrears**") as of April 5, 2017, with respect to the mortgage(s) and mortgage note(s) for the Property and shall repay the Post-petition Arrears as follows:

| Payment dues | Amount | Repayment date |
| --- | --- | --- |
| 2/5/2017 payment | 2,454.64 + late fee 98.19 = 2552.83 | 4/14/17 |
| 3/5/2017 payment | 2,454.64 + late fee 98.19 = 2552.83 | 4/28/17 |
| 4/5/2017 payment | 2,454.64 + late fee 98.19 = 2552.83 | 5/12/17 |

Regular payment resumes May, 2017.

2. Except as otherwise provided herein, the Debtor shall timely pay and remain current with all post-petition payments due to Columbia outside the plan, in the amounts as provided for in accordance with terms and the mortgage(s) and mortgage note(s) executed by Debtor in favor of Columbia.

3. The Debtor shall become current with all real estate taxes due on the Property by April 11, 2017, and provide proof thereof to Columbia. Debtor shall thereafter timely pay and remain current with all real estate taxes on the Property, commencing with the 2017, 2nd quarter real estate tax payment, which shall be paid on May 1, 2017.

4. If the Debtor should default and fail to make payments in accordance with this Order, or timely pay real estate taxes on the Property when due, or, within thirty (30) days from the due date, fail to make future post-petition payments to Columbia, Columbia's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay, permitting Columbia to proceed with its action against the Property. In the event of a default,

**(Page 3)**
Debtor: Francine Jomo
Case No: 16-18095-MBK
Caption of Order: CONSENT ORDER RESOLVING MOTION OF COLUMBIA BANK FOR RELIEF FROM THE AUTOMATIC STAY
_____

Columbia reserves all of its rights under the agreements between the Debtor and Columbia, including but not limited to the right to charge late fees and attorneys' fees and costs.

    5.    Columbia shall serve this Order on the Debtor.

Consented to:

| | |
|---|---|
| Bruce D. Gordon LLC | William H. Oliver, Jr., Esquire |
| Attorneys for Columbia Bank | Attorneys for Debtor |
| | |
| By: /s/ Bruce D. Gordon | By: /s/ William H. Oliver, Jr. |
|      Bruce D. Gordon |      William H. Oliver, Jr. |
| | |
| Dated: April 7, 2017 | Dated: April 7, 2017 |

L:\BDGLLC\Columbia Bank\Jomo, F\Pleadings\Order01b - Consent on motion for relief from stay - Jomo.doc